Raymond WHITNEY

Please send back my police report get copys - please. and my paper clip to please. and my Summons

05-40078 FDS 5/13/05

I am writing today about a complaint about a Judge in District Court system here in Worcester County, this Judge recently presided in the Case, Entitled (Commonwealth vs. Whitney) held in Fitchburg District Court.

THE Judge in Questioned was Judge Richard Ricardoni. During this trial, i was forced to Represent my shelf. The Judge consistently, Ruled against me in mundane matter, such as the victim being Related to Personnel at Fitchburg, District Court and Denying my motion for Change of Venue. Which Judge Zide said on 12-10-05 that my case had to change to a different Court the D.A. Mr. Vasquez know about this Case for a long time and neve said nothing about it to me what so ever - that John Larkin has a Sister in law that works for the Fitchburg Dist - Court system. Because John Larkin admit that on 2-2-05 when he was on the stand. When the victim was on the stand being Questioned about - the Relationship of the Victim Relation's employment at said in Court, - i was forced to move on to new Questions their are several other - instances that i would like to bring to the Committee's attention - in Person. In General, this Judge provided a very bad behaviral - Software Personality hostile environment to try my Case in making and - illegal trial overall. During this trial i was not offered any assistance in preparing my witnesses for Questioned, making it difficult, if not impossible, to win and acauittial. I am Respectfully and or - requesting please that this Committee's assist me in Reprimanding - and or Sanctioning this in Creating an Illegal trail, which is the nauture of the reason for this Committee's Existence.

Look in back! please.

Thank you for your time and any assistance i might be able to render in this matter. (Respectfully Subitted.)
Raymond Whitney — *Raymond Whitney*

The Judge at the time never told me that John Larkin was Related to any Person at Fitchburg District Court What So ever that day Judge Zide should of told me that day on 12/10/04 becuse i had no Lawyer that day. and mr Vasquez the D.A. Know about it all the time it took the Courts 11-Mounths to tell me this. This should of been Said a Long-time ago to me in the year 2004 not late 2004 in Dec-10 that was very wrong becuse i was going to Court all the time in Fitchburg District Court and the head Judge even Know about it Judge Mandell and he never Said nothing about it i Said that this has to be a Change of Venue Judge Mandell Said that he was gone to get Judge Richard Ricardoni out of Worcester Court that was very wrong of hem to do. That is why i Should get my Law Suite against Richard Ricardoni and Mr. Vasquez. And even my paper Work from the Courts on the day i was in Fitchburg Dist Court 1-6-04 8:15 am that is when the doors are open during the winter time. AT Fitchburg District Court.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.