## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Raymond Whitney,**
       **Plaintiff,**

       **V.**

**Mr. Vasquez, D-A;**
**Mr. Richard Ricardino,**
       **Defendants,**

**CIVIL ACTION**

**NO. 05-40078-FDS**

### ORDER OF DISMISSAL

**Saylor, D. J.**

In accordance with the Court's Memorandum and Order dated **6/17/05** , it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                **By the Court,**

    **6/20/05**                **/s/ Martin Castles**
     **Date**                  **Deputy Clerk**